In the Matter of MARIAN H. WINTER, Respondent, against ERNEST WINTER, Appellant.

First Department, February 7, 1936.

*Mayer C. Goldman*, for the appellant.

*Arthur Bainbridge Hoff, Jr.* [*Paxton Blair* with him on the brief; *Paul Windels, Corporation Counsel*, attorney], for the respondent.

PER CURIAM. The evidence failed to show that the petitioner, the adult daughter of appellant, was likely to become a public charge. On the contrary it appears clearly that there was no likelihood of such an event happening. Moreover, the evidence does not disclose that the petitioner was unable to obtain employment of some kind.

The order should be reversed and the petition dismissed.

Present — MARTIN, P. J., O'MALLEY, UNTERMYER, DORE and COHN, JJ.

Order reversed and the petition dismissed.